

FILED

05/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0103



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 21-0103

**FILED**

MAY 06 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE MARRIAGE OF:

NIKKI FAYE WAITE,

      Petitioner and Appellant,

   v.

BRYCE ELLIS WAITE,

      Respondent and Appellee.

**GRANT OF EXTENSION**

    Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until June 11, 2021, to prepare, file, and serve the Appellant's brief.

DATED this May 6, 2021

_____
Bowen Greenwood
Clerk of the Supreme Court

c:    Nikki Faye Waite, Ryan Alane Phelan